| | | |
|---|---|---|
| 1 | SIDLEY AUSTIN LLP<br>David L. Anderson (SBN 149604) | THE PORRAZZO LAW FIRM<br>Michael H. Porrazzo (SBN 121260) |
| 2 | dlanderson@sidley.com<br>555 California Street, Suite 2000 | mhporrazzo@porrazzolaw.com<br>30212 Tomas, Suite 365 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 772-1200 | Rancho Santa Margarita, CA 92688<br>Telephone: (949) 348-7778 |
| 4 | Facsimile: (415) 772-7400 | Facsimile: (949) 209-3514 |

SIDLEY AUSTIN LLP
Gordon D. Todd*
gtodd@sidley.com
Mackenzi J.S. Ehrett*
mehrett@sidley.com
Alaric R. Smith*
alaric.smith@sidley.com
Aaron P. Haviland*
ahaviland@sidley.com
Matthew H. Simpson*
msimpson@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Admitted pro hac vice

*Attorneys for Plaintiffs Capital Christian Center and Capital Christian School*

SPINELLI | DONALD | NOTT
J. Scott Donald (SBN: 158338)
ScottD@SDNLaw.com
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

*Attorney for Defendants California Interscholastic Federation, Sac-Joaquin Section Executive Committee, Michael S. Garrison, and Kevin Swartwood*

COLE HUBER, LLP
Ronald J. Scholar (SBN: 187948)
rscholar@colehuber.com
2281 Lava Ridge Court, Ste. 300
Roseville, CA 95661
Telephone: (916) 787-7528
Facsimile: (916) 780-9050

*Attorney for Defendant California Interscholastic Federation*

---

JOINT STIPULATION REGARDING SERVICE OF PROCESS AND EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE FILINGS
CASE NO. 2:22-CV-00721-JAM-KJN

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO**

| | |
|---|---|
| Capital Christian Center and Capital Christian School,<br><br>             Plaintiffs,<br><br>     vs.<br><br>California Interscholastic Federation; California Interscholastic Federation, Sac-Joaquin Section Executive Committee; Michael S. Garrison, Commissioner of California Interscholastic Federation, Sac-Joaquin Section; and Kevin Swartwood, President of California Interscholastic Federation, Sac-Joaquin Section Executive Committee,<br><br>             Defendants. | Case No.  2:22-cv-00721-JAM-KJN<br><br>**Joint Stipulation Regarding Service of Process and Extension of Time for Defendants' Responsive Filings**<br><br>Assigned to: Judge John A. Mendez |

**JOINT STIPULATION REGARDING SERVICE OF PROCESS
AND EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE FILINGS**

Plaintiffs Capital Christian Center and Capital Christian School and Defendants California Interscholastic Federation, California Interscholastic Federation Sac-Joaquin Section Executive Committee, Michael S. Garrison, and Kevin Swartwood, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Original Complaint on April 27, 2022, naming California Interscholastic Federation, California Interscholastic Federation Sac-Joaquin Section Executive Committee, Michael S. Garrison, and Kevin Swartwood as Defendants [ECF No. 1];

WHEREAS, on April 27, 2022, counsel for Plaintiff emailed counsel for Defendants a copy of the Original Complaint and requested Defendants to waive service in return for an extension of time to respond to the Complaint;

WHEREAS, Plaintiffs served copies of the Original Complaint on Defendants California Interscholastic Federation, California Interscholastic Federation Sac-Joaquin Section Executive Committee, and Michael S. Garrison on April 29, 2022 [ECF Nos. 15–17];

WHEREAS, Counsel for Defendant Kevin Swartwood accepted service of the Complaint on May 3, 2022,

WHEREAS, Counsel for Plaintiffs emailed Counsels for Defendants on May 6, 2022, offering to extend the Response deadline for all four defendants to June 3, 2022;

WHEREAS Counsels for Defendants replied to Counsel for Plaintiffs on May 9, 2022, and agreed to jointly extend the response deadline to June 3, 2022;

WHEREAS, Plaintiffs filed their Motion for a Preliminary Injunction on May 5, 2022, setting a hearing date on July 12, 2022 [Dkt. 14];

WHEREAS Counsel for both Plaintiffs and Defendants agree to a modified briefing schedule regarding Plaintiffs' request for a Preliminary Injunction;

NOW, THEREFORE, having met and conferred, the Parties hereby stipulate and agree as follows:

1. Service of process on each Defendant is deemed effectuated pursuant to the Federal Rules of Civil Procedure;

2. All Defendants shall have up to and including June 3, 2022 to file their responsive Filing to Plaintiff's Complaint;

3. Defendants shall have up to and including June 3, 2022 to file any Opposition to Plaintiffs' Motion for a Preliminary Injunction [Dkt 14]; and

4. Plaintiffs shall have up to and including June 17, 2022 to file a Reply in support of their Motion for a Preliminary Injunction.

IT IS SO STIPULATED

DATED this 13th day of May, 2022

By: */s/ Mackenzi J.S. Ehrett*
Mackenzi J.S. Ehrett, *pro hac vice*
mehrett@sidley.com
SIDLEY AUSTIN LLP
1501 K St. N.W.
Washington, D.C. 20005
Telephone: (202) 736-8885
Facsimile: (202) 736-8711

*Counsel for Plaintiffs*

By: */s/ J. Scott Donald*
J. Scott Donald (SBN: 158338)
ScottD@SDNLaw.com
SPINELLI | DONALD | NOTT
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

By: /s/ Ronald J. Scholar
Ronald J. Scholar (SBN: 187948)
rscholar@colehuber.com
COLE HUBER, LLP
2281 Lava Ridge Court, Ste. 300
Roseville, CA 95661
Telephone: (916) 787-7528
Facsimile: (916) 780-9050

*Counsel for Defendants*

IT IS SO ORDERED.

DATED: May 13, 2022          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE